IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAURIE BORDOCK                                          PLAINTIFF

v.                          No. 4:13-cv-417-DPM

CITY OF FORT SMITH ARKANSAS,
and SEBASTIAN COUNTY HUMANE
SOCIETY                                                DEFENDANTS

ORDER

Bordock says that, when she was arrested by the Fort Smith police in July 2013, the Sebastian County Humane Society took her eight cats, violating her civil rights. № 2. She also says they won't give the cats back until she pays $1,200.00. *Ibid.*

Venue is bad in this District, as Bordock anticipates. *№ 2 at 3.* Fort Smith and the Humane Society reside, for venue purposes, in Sebastian County. 28 U.S.C. § 1391(b)(1) & (c). The arrest and seizure took place there. 28 U.S.C. § 1391(b)(2).

The interest of justice will best be served by transferring the case. 28 U.S.C. § 1406(a). The Court directs the Clerk to immediately transfer Bordock's case to the United States District Court for the Western District of Arkansas, Fort Smith Division. *In re Nine Mile Limited*, 673 F.2d 242 (8th Cir.

1982).  Bordock's motion to proceed *in forma pauperis*, № 1, remains pending for adjudication.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

31 July 2013