IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAURIE BORDOCK                                                    PLAINTIFF

v.                              No. 4:13-cv-417-DPM

CITY OF FORT SMITH ARKANSAS,
and SEBASTIAN COUNTY HUMANE
SOCIETY                                                          DEFENDANTS

## ORDER

Bordock says that, when she was arrested by the Fort Smith police in July 2013, the Sebastian County Humane Society took her eight cats, violating her civil rights. № 2. She also says they won't give the cats back until she pays $1,200.00. *Ibid.*

Venue is bad in this District, as Bordock anticipates. № 2 *at* 3. Fort Smith and the Humane Society reside, for venue purposes, in Sebastian County. 28 U.S.C. § 1391(b)(1) & (c). The arrest and seizure took place there. 28 U.S.C. § 1391(b)(2).

The interest of justice will best be served by transferring the case. 28 U.S.C. § 1406(a). The Court directs the Clerk to immediately transfer Bordock's case to the United States District Court for the Western District of Arkansas, Fort Smith Division. *In re Nine Mile Limited*, 673 F.2d 242 (8th Cir.

1982). Bordock's motion to proceed *in forma pauperis*, № 1, remains pending for adjudication.

    So Ordered.

                                        _____
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        31 July 2013