IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAURIE BORDOCK                                                                                              PLAINTIFF

v.                                    Case No. 2:13-CV-02184

THE CITY OF FORT SMITH, ARKANSAS; and
THE SEBASTIAN COUNTY HUMANE SOCIETY                                      DEFENDANT

**O R D E R**

Currently before the Court is the report and recommendation (Doc. 13) filed in this case on October 11, 2013, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas.  Also before the Court are Plaintiff's objections (Doc. 14).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The Court cannot discern from Plaintiff's objections any law or fact requiring departure from the Report and Recommendation.  Rather, the report of the magistrate appears to be well reasoned and the recommendation to be sound.

Accordingly, the Court finds that the report and recommendation of the Magistrate is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.  For the reasons stated in the Magistrate Judge's report and recommendation, Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is DENIED and this case is DISMISSED WITH PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of December, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE